UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CASTANO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>　　　　　Respondent. | Case No. 18-cv-07627-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On December 19, 2018, petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a complete application to proceed *in forma pauperis* ("IFP"). The court provided petitioner with a blank IFP application, along with a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed, and petitioner has not paid the filing fee. Petitioner also has not filed a completed application to proceed IFP.

Accordingly, the instant action is DISMISSED without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain either (1) payment for the filing fee of $5.00 or (2) a completed IFP application form. The Clerk shall re-send petitioner a blank IFP application.

The Clerk shall terminate all motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: February 12, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge